UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-80431-CV-MIDDLEBROOKS/MCCABE

WILMA SILVA,

    Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE

THIS CAUSE comes before the Court upon Magistrate Judge Ryon M. McCabe's Report and Recommendation ("Report"), issued on December 12, 2022. (DE 22). The Report recommends granting Plaintiff's Motion for Summary Judgment (DE 15), denying Defendant's Motion for Summary Judgment (DE 20), and vacating and remanding the Commissioner's final decision.

The deadline to file objections to the Report elapsed on December 26, 2022. No objections have been made to date. After a careful review of Judge McCabe's Report and the record as a whole in this case, I agree with the Report's recommendations.

Accordingly, it is **ORDERED AND ADJUDGED** that:

(1) The Report (DE 22) is **ADOPTED**.

(2) Consistent with the Report, Plaintiff's Motion for Summary Judgment (DE 15) is **GRANTED.**

(3) Consistent with the Report, Defendant's Motion for Summary Judgment (DE 20) is **DENIED.**

(4) The Commissioner's final decision is **VACATED AND REMANDED** pursuant to sentence four of 42 U.S.C. § 405(g).

(5) Final Judgment will be entered by separate order.

**SIGNED** in West Palm Beach, Florida, this 4 day of April, 2023.

Donald M. Middlebrooks
United States District Judge

cc: Honorable Ryon M. McCabe
Counsel of Record